IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IBEW Local No. 648 Pension Fund, et al., :
:
        Plaintiff(s), :
: Case Number: 1:10cv467
vs. :
: Chief Judge Susan J. Dlott
Butler County Electric, :
:
        Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on July 22, 2011 (Doc. 19), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 8, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiffs' amended motion for default judgment (Doc. 14) is **GRANTED.**

Default judgment is hereby entered in favor of plaintiffs and against defendant Butler County Electric for a total of $276,269.76 which is calculated as follows:

    Principal:             $226,678.38

    Liquidated damages:  $ 15,998.02

    Interest:              $ 32,783.36

    Costs:                $350.00

    Attorney fees:       $460.00

IT IS SO ORDERED.

                                                           ___s/Susan J. Dlott_____
                                                           Chief Judge Susan J. Dlott
                                                           United States District Court